JS-6

CC: FISCAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANNALYN NGO, an individual; KEVIN MARTINEZ, an individual; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:23-CV-01478-JLS-AFM<br><br>JUDGMENT |

# **JUDGMENT**

The Court having granted on October 20, 2023 the joint motion of Plaintiff-in-Interpleader Primerica Life Insurance Company ("Primerica") and Defendant-in-Interpleader Annalyn Ngo ("Ngo") for default judgment against Defendant-in-Interpleader Kevin Martinez ("Martinez") and other relief [Doc. No. 35], IT IS ORDERED AND ADJUDGED as follows:

1. Martinez and Ngo were required to interplead and litigate their claims to the funds at issue and on deposit in this action, i.e., $150,511.64 representing the $150,000 benefit of Primerica policy number 0434664846 (the "Policy") plus $511.64 in interest on the same (the "Deposited Benefit");

2. Primerica is awarded $5,796.50 in reasonable attorneys' fees and costs from the Deposited Benefit, and the Clerk of the United States District Court shall issue a check in that amount to "Primerica Life Insurance Company" from the proceeds deposited in Court, to be mailed to Primerica's counsel of record: Ophir Johna, Maynard Nexsen LLP, 10100 Santa Monica Boulevard, Suite 550, Los Angeles, California 90067;

3. The remainder of the Deposited Benefit ($144,715.14), plus any and all interest accruing on the Deposited Benefit while on deposit, are awarded to Ngo, and the Clerk of the United States District Court shall issue a check in that amount to "Annalyn Ngo" from the proceeds deposited in Court, to be mailed to Ngo's counsel of record: Martin Simone, Simone & Roos LLP, 5627 Sepulveda Boulevard, Suite 206, Sherman Oaks, CA 91411;

4. Primerica is discharged from any liability to Martinez and/or Ngo with respect to the Policy, the Policy benefit, or any claims for the Policy benefit;

5. Martinez and Ngo, and their respective agents and assigns, are permanently enjoined and restrained from instituting or prosecuting any proceeding

in any court against Primerica and/or its agents with respect to the Policy or the Policy benefit; and

6. Except as expressly provided herein, each party shall bear its own attorneys' fees and costs.

DATED: October 30, 2023

_____
Hon. Josephine L. Staton
United States District Judge